# EXHIBIT 2

```
 1                CAUSE NO. DC-16-12593
 2   GENBAND MANAGEMENT            *  IN THE DISTRICT COURT
     SERVICES CORPORATION,         *
 3                                 *
        Plaintiff,                 *
 4                                 *
     VS.                           *
 5                                 *
     COEFFICIENT, LLC and          *
 6   TELEFFICIENT, LLC,            *
                                   *
 7                                 *
        Defendants/                *
 8      Counter- Plaintiffs        *
                                   *  DALLAS COUNTY, TEXAS
 9   VS.                           *
                                   *
10   GENBAND MANAGEMENT            *
     SERVICES CORPORATION,         *
11   GENBAND HOLDINGS COMPANY,     *
     and GENBAND US, LLC,          *
12                                 *
        Counter-Defendants.        *  116TH JUDICIAL DISTRICT
13
14   *************************************************************
15            ORAL AND VIDEOTAPED DEPOSITION OF
16                      DENNIS MURRAY
17         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
18                     JUNE 20TH, 2018
19                        VOLUME 1
20   *************************************************************
21           ORAL AND VIDEOTAPED DEPOSITION OF DENNIS
22   MURRAY, produced as a witness at the instance of the
23   DEFENDANT/COUNTER-PLAINTIFFS, and duly sworn, was taken
24   in the above-styled and numbered cause on the 20th of
25   June, 2018, from 10:12 a.m. to 2:46 p.m., before TAMMY
```

1  LEA STAGGS, CSR in and for the State of Texas, reported
2  by machine shorthand, at the law offices of Baker Botts,
3  2001 Ross Avenue, Suite 1100, Dallas, Texas pursuant to
4  the Texas Rules of Civil Procedure and the provisions
5  stated on the record or attached hereto.

```
 1                    A P P E A R A N C E S
 2   FOR THE PLAINTIFF/COUNTER-DEFENDANTS:
         Jonathan Rubenstein, Esq.
 3       BAKER BOTTS, L.L.P.
         2001 Ross Avenue
 4       Suite 1100
         Dallas, Texas  75201-2980
 5       214.953.6610
         jonathan.rubenstein@bakerbotts.com
 6
 7
     FOR THE DEFENDANT/COUNTER-PLAINTIFFS:
 8       Tyler J. Bexley, Esq.
         REESE MARKETOS, LLP
 9       750 N. Saint Paul Street
         Suite 600
10       Dallas, Texas  75201
         214.382.9810
11       tyler.bexley@rm-firm.com
12
13   ALSO PRESENT:
         Wayne Rennke - Videographer
14       Allie Smith
         Lisa Miadzvedskaya - Summer associate
15       Kirstie Wallace - Summer associate
16
17
18
19
20
21
22
23
24
25
```

```
 1                          INDEX

                                                    PAGE
 2   Appearances.....................................   3

 3   Exhibit List....................................   5

 4   Stipulations....................................  --

 5   DENNIS MURRAY:

 6       EXAMINATION BY MR. BEXLEY...................   8

 7       EXAMINATION BY MR. RUBENSTEIN............... 176

 8       FURTHER EXAMINATION BY MR. BEXLEY........... 183

 9

10   Signature and Changes........................... 185

11

12   Reporter's Certificate.......................... 187

13

14

15               REQUESTED DOCUMENTS/INFORMATION

16                          (None)

17

18                      CERTIFIED QUESTIONS

19                          (None)

20

21

22

23

24

25
```

```
 1                         EXHIBITS
 2   NO.    DESCRIPTION                              PAGE
 3   60     E-mail exchange from Brian Noel to Dennis
 4          Murray, among others, dated July 2013....   43
 5   61     E-mail exchange between Dennis Gantt and
 6          Dennis Murray, among others, dated July
 7          2013......................................   65
 8   62     E-mail from Felipe Gonzalez to Sanjay
 9          Bhatia, Dennis Murray, and Bert Valdes,
10          dated 2/4/14..............................   99
11   63     E-mail exchange between Dennis Gantt and
12          Dennis Murray, dated January 2016.........  111
13   64     E-mail exchange between Dennis Murray and
14          Murat Armbruster, dated January 2016......  114
15   65     E-mail exchange between Charles Oscarson
16          and Dennis Gantt, among others, dated
17          August of 2015............................  131
18   66     E-mail exchange between Dennis Murray and
19          Daryl Raiford, among others, dated
20          January 2016..............................  118
21   67     E-mail exchange between Dennis Murray and
22          Dennis Gantt, dated 9/3/15................  135
23   68     E-mail exchange between Randy Lyon,
24          Dennis Murray, and Dennis Gantt, dated
25          August of 2015............................  138
```

1  69    E-mail exchange between Randy Lyon,
2        Dennis Murray, and Dennis Gantt, dated
3        August 2015............................    143
4  70    E-mail exchange between Dennis Murray,
5        Mark Pugerude, and Steven Bruny, dated
6        March 2014.............................    152
7  71    E-mail exchange between Dennis Murray,
8        Murat Armbruster, among others, dated
9        April 2014.............................    156
10 72    E-mail exchange between Dennis Murray,
11       Steven Bruny, among others, dated April
12       2015...................................    160
13 73    E-mail exchange between Dennis Murray,
14       Daryl Raiford, among others, dated
15       February 2016..........................    165
16 74    E-mail exchange between Dennis Murray and
17       Murat Armbruster, dated February 2016....   167
18
19
20                PREVIOUSLY MARKED EXHIBITS
21 33    E-mail from Mr. Bruny to Dennis Murray
22       and Mary Alice Noonan, dated January 6,
23       2015...................................     31
24 40    Document titled: AT&T 1AESS Switch
25       Removal Program Agreement...............    86

1  44      E-mail exchange between Mark Pugerude and
2          David Walsh, dated October 2015..........   105
3  45      E-mail exchange between from William Lebo
4          to Mark Pugerude, dated 2/27/14..........   149
5  49      E-mail exchange between Dennis Murray and
6          Steven Bruny, dated July 2014............   157

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**8**

P R O C E E D I N G S

   THE VIDEOGRAPHER: We're on the video record at 10:12 a.m. Beginning Media No. 1 of the videotaped deposition of Dennis Murray. Today's date is June 20th, 2018. If the attorneys present would please state their appearance for the record, as well as any agreements, after which the court reporter would please swear in the witness.

   MR. RUBENSTEIN: Jonathan Rubenstein from Baker Botts on behalf of the GENBAND entities and the witness. And with me today is Allie Smith and one of our summer associates Lisa Miadzvedskaya.

   MR. BEXLEY: Tyler Bexley. I represent the Defendants and Counter-Plaintiffs CoEfficient and TelEfficient.

   DENNIS MURRAY,
Having been first duly sworn, testified as follows:
   EXAMINATION
BY MR. BEXLEY:
   Q. Good morning, sir.
   A. Good morning.
   Q. Please state your full name for the record.
   A. Dennis Arthur Murray.
   Q. And what is your business address, Mr. Murray?
   A. 1602 Castlebar, McHenry, Illinois.

**9**

   Q. What is your home address?
   A. The same.
   Q. Okay. Do you work out of your house?
   A. I do.
   Q. You understand you're here today to testify regarding a lawsuit between GENBAND and my clients, CoEfficient and TelEfficient?
   A. Yes.
   Q. You understand you're here under oath as if you were testifying before a jury and a court?
   A. Yes.
   Q. And you understand that what you say here today may be played or used in front of a jury in court?
   A. Yes, I do.
   Q. What did you do to prepare for your deposition today?
   A. Spent some time yesterday with our lawyers, Jonathan and Allie.
   Q. About how long did you spend with them?
   A. About three hours total.
   Q. Was that the first time you had met with them?
   A. Yes.
   Q. Did you review any documents?
   A. Yes.
   Q. Approximately how many?

**10**

   A. Forty.
   Q. Did you review them all yesterday or some of them prior to coming in yesterday?
   A. Just yesterday.
   Q. Have you ever given a deposition before?
   A. No, I have not.
   Q. I'm sure your counsel has gone over a few of the basic rules, but I'm just going to go through some ground rules so we're on the same page. The first one is, as you can see and as I'm sure you knew, there's a court reporter taking down everything I ask and everything you answer. So you'll have to give verbal answers to everything. Not head nods and shakes. And you can't say "uh-huh" or "uh-uh" because that won't get captured by the court reporter.
   A. Yes.
   Q. Is that okay?
   A. Yes.
   Q. And, again, because she's taking everything down, even if you anticipate where I'm going with the question, I'll ask that you let me complete the full question before you answer. Minimize interruptions. And I'll extend you the same courtesy and -- and do my best not to say anything until you finish your answer. Is that okay?

**11**

   A. Yes.
   Q. And you also understand that if you need a break at any time, for any reason, just let me know and -- and you can take a break?
   A. Yes.
   Q. The only thing I ask is if there's a pending question, you answer the question before taking a break. Is that okay?
   A. Yes.
   Q. And, lastly, if I ask a question and you don't understand what I've asked, will you just let me know and I'll try to rephrase it?
   A. Yes.
   Q. Okay. What is your current employer?
   A. Ribbon Communications.
   Q. And what is Ribbon Communications?
   A. A communications company. Formerly Sonus and GENBAND merged together this year to become Ribbon Communications.
   Q. What's your title?
   A. Sales leader for the AT&T account.
   Q. And before the merger, you were employed by GENBAND?
   A. Yes.
   Q. What was your title at GENBAND?

## Page 96

1 someone at GENBAND made the decision to bring
2 TelEfficient into the fold to provide another option to
3 AT&T to discuss, right?
4    A.  I think I testified: I think it was around
5 2013, yes.
6    Q.  And then about a year after that, in June
7 2014, after TelEfficient has worked with GENBAND on some
8 energy credits and financing information to present to
9 GENBAND, AT&T subsequently decides to close the 1A deal
10 with GENBAND, right?
11        MR. RUBENSTEIN:  Objection, form.
12    A.  Can you discuss the linkage you just made in
13 that long sentence?
14    Q.  (BY MR. BEXLEY)  Yeah.  So after -- about a
15 year and a half or a year and change after TelEfficient
16 was brought into the fold -- that's the sequence, the
17 time period when the AT&T deal for 1A closed with
18 GENBAND, right?
19    A.  Yes.
20    Q.  Do you believe TelEfficient brought any value
21 to GENBAND in helping to close the 1A deal with AT&T?
22    A.  Ask -- ask that again or clarify that
23 question.
24    Q.  Do you -- do you personally believe that
25 TelEfficient brought any value to GENBAND in helping to

## Page 97

1 close the 1A deal with AT&T?
2    A.  In helping to close the deal, no.
3    Q.  What about in helping to facilitate or
4 continue discussions relating to the deal?
5    A.  Yes.  I think that there was significant value
6 in TelEfficient in what we could bring to AT&T for
7 multiple programs.
8    Q.  Do you know if AT&T shared that perception?
9 That TelEfficient brought some sort of value to the
10 programs?
11    A.  I -- I thought at times that they did, but not
12 certain in the end.
13    Q.  And have you ever had specific discussions
14 with anyone at AT&T about what type of value
15 TelEfficient may or may not bring to them?
16    A.  Probably, yes.
17    Q.  Would those have been with Mr. Watson?
18    A.  Perhaps, yes.
19    Q.  Among some of the other folks that you
20 mentioned?
21    A.  Right.  Right.
22    Q.  The Gregs?  Johnson and Smith?
23    A.  Exactly, right.  Yes.
24    Q.  And Polly -- is it Bessel?
25    A.  Bessel.

## Page 98

1    Q.  Bessel.  Nate or Nathan?
2    A.  Uh-huh.
3    Q.  Yes?
4    A.  Yes.
5    Q.  Okay.  Do you know if AT&T used any of the
6 financial modeling or energy credit information that
7 GEN- -- that TelEfficient presented?
8        MR. RUBENSTEIN:  Objection, form.
9    A.  Explain your question again.
10    Q.  (BY MR. BEXLEY)  Yes.  Do you know if AT&T
11 used, in any way, the financial modeling and energy
12 credit information that TelEfficient presented to AT&T?
13    A.  I know they reviewed the financial
14 information.  I don't know how they used it.
15    Q.  You've never had a discussion of whether they
16 used it on the 1A or any other project?
17    A.  No.
18    Q.  Do you know if they applied for energy
19 credits?
20    A.  They do every day.
21    Q.  Have you had any specific discussions around
22 the energy credits that AT&T applied for or received in
23 connection with the 1A deal?
24    A.  I may have, but I believe it's prior to
25 closing the deal.  I'm not sure that we've talked about

## Page 99

1 any after.
2    Q.  Who is Felipe Gonzalez?
3    A.  AT&T.
4    Q.  He works for AT&T?
5    A.  Uh-huh.
6    Q.  He doesn't work for GENBAND?
7    A.  Oh, there's two Felipe Gonzalez.
8    Q.  Okay.
9    A.  There's one at AT&T.  We also have one at --
10    Q.  Okay.
11    A.  -- at GENBAND.
12    Q.  So I'm -- I'm looking at a Felipe Gonzalez at
13 GENBAND.  What does he do for GENBAND or Ribbon now?
14    A.  I think he's sales.
15    Q.  Does he work with AT&T sales?
16    A.  Not my AT&T.  But, I think, international,
17 yes.
18    Q.  Do you recall discussing the 1A deal and
19 TelEfficient's role in that deal with Mr. Gonzalez,
20 ever?
21    A.  Perhaps.
22        (Exhibit 62 marked.)
23    Q.  (BY MR. BEXLEY)  I'm handing you a document
24 I've marked as Exhibit 62.  So this is an e-mail from
25 Felipe Gonzalez to a gentleman named Sanjay Bhatia, you,