

Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA BAR NO. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA  94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail:   kbrown@pszjlaw.com
          mmanning@pszjlaw.com

The following constitutes the order of the Court.
Signed: October 24, 2018

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

Tyler J. Bexley - *Admitted Pro Hac Vice*
REESE MARKETOS LLP
750 N. Saint Paul St., Suite 600
Dallas, TX  75201
Telephone: 214/382-9810
E-mail:   tyler.bexley@rm-firm.com

Attorneys for CoEfficient, LLC, and
TelEfficient, LLC; aka TeleSwitch Finance, LLC
Alleged Debtors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>**COEFFICIENT, LLC,**<br><br>Alleged Debtor. | Case No.: 4:18-bk-41932<br>Chapter 7 |
| In re:<br><br>**TELEFFICIENT, LLC; aka TELESWITCH FINANCE, LLC**<br><br>Alleged Debtor. | Case No. 4:18-bk-41933<br>Chapter 7<br><br>**ORDER GRANTING ALLEGED DEBTORS' ADMINISTRATIVE MOTION TO REFILE REDACTED DOCUMENTS AND FILE UNREDACTED DOCUMENTS UNDER SEAL**<br><br>[NO HEARING DATE SET] |

Upon due consideration of the *Alleged Debtors' Administration Motion To Refile Redacted Documents and Unredacted Documents Under Seal* [Dkt. No. 28] (the "Motion") filed on October

22, 2018 by CoEfficient, LLC and TelEfficient, LLC (together, the "Alleged Debtors"),[1] and the supporting declaration of Tyler Bexley filed pursuant to Section 107 of title 11 of the United States Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure and Civil Local Rule 79-5 (applicable to this proceeding pursuant to Bankruptcy Local Rule 1001-2(a)), and all documents and evidence submitted in support of the Motion, finding the notice of the Motion to have been appropriate, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Clerk of the Court may restrict access to the original and unredacted Documents filed under seal.

3. The Alleged Debtors are authorized to file the redacted Documents and shall do so within 10 days of entry of this Order.

4. The redacted Documents shall be identical in all respects to the filing that they replace, except for the portions that are redacted.

5. Nothing in the order shall affect the rights of the United States Trustee to access the original and unredacted Documents in person at, or by a writing addressed to, the office of the Clerk of the Court.

**\* \* \* END OF ORDER \* \***

---

[1] Terms not defined herein shall have the meaning ascribed to them in the Motion.

# COURT SERVICE LIST