Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA Bar No. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: kbrown@pszjlaw.com
mmanning@pszjlaw.com

Tyler J. Bexley
REESE MARKETOS LLP
750 N. Saint Paul St., Suite 600
Dallas, Texas 75201
Telephone: (214) 382-9810
Email: tyler.bexley@rm-firm.com

Attorneys for CoEfficient, LLC, and
TelEfficient, LLC; aka TeleSwitch Finance, LLC
Alleged Debtors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>**COEFFICIENT, LLC,**<br><br>Alleged Debtor. | Jointly Administered Under Case No.: 4:18-bk-41932<br><br>Chapter 7<br><br>(Related Case No. 4:18-bk-41933)<br><br>**DECLARATION OF KENNETH H. BROWN IN SUPPORT OF ALLEGED DEBTORS' MOTION FOR JUDGMENT AGAINST PETITIONERS FOR ATTORNEYS' FEES AND COSTS PURSUANT TO BANKRUPTCY CODE SECTION 303(i)**<br><br>**Hearing**<br>Date: March 27, 2019<br>Time: 10:30 a.m.<br>Place: Courtroom 220<br>        1300 Clay Street<br>        Oakland, CA 94612 |
| In re:<br><br>**TELEFFICIENT, LLC; aka TELESWITCH FINANCE, LLC**<br><br>Alleged Debtor. | |

I, Kenneth H. Brown, hereby declare as follows:

1. I am a partner with the law firm of Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to CoEfficient, LLC and TelEfficient, LLC (collectively, the "Alleged Debtors") in the

1  above-captioned involuntary cases.  PSZJ was engaged to serve as counsel to the Alleged Debtors on or about August 30, 2018.

2. I make this declaration in support of the *Motion for Judgment Against Petitioners for Attorneys' Fees and Costs Pursuant to Bankruptcy Code Section 303(i)* (the "Fee Motion") filed concurrently herewith.[1]  The facts stated herein are of my own personal knowledge, and if called upon to testify, I could and would competently testify thereto.

3. Broadly speaking this was an improper involuntary filing by GENBAND Management Services Corporation ("GENBAND"). The matter was contentious and required substantial briefing and research on multiple issues, including whether GENBAND's claims were the subject of a bona fide dispute, determining whether GENBAND qualified to be a lone petitioning creditor under applicable law, and the applicability of the doctrine of abstention under section 305(a)(1) of the Bankruptcy Code.  The legal work PSZJ performed on behalf of the Alleged Debtors included, without limitation, review and analysis of Texas state court pleadings; review and analysis of GENBAND's notice of removal and consideration of appropriate response options; preparation of a motion to remand or abstention and responding to GENBAND's motion to transfer venue; preparation of the motion to dismiss or for abstention with accompanying evidence; review of GENBAND's extensive opposition and preparation of a reply brief with substantial additional evidence; preparation for and attendance at a status conference; multiple communications with Tyler Bexley, Texas litigation counsel for the Alleged Debtors regarding extensive history between the parties and underlying state court litigation; preparation for and attendance at the hearing on motion to dismiss or for abstention; and preparation of the accompanying Fee Motion.

4. Based on the Court's dismissal of the involuntary petitions, the Alleged Debtors seek an award of attorneys' fees and costs pursuant to 11 U.S.C. § 303(i).  I have reviewed the attorneys' fees charged for the work performed by PSZJ and Reese Marketos, LLP, in connection with GENBAND's bankruptcy filing and believe they are reasonable based on the circumstances of the case, the complexity of legal and factual issues involved, the time required to address them and the results obtained.  The fees and cost incurred by PSZJ on behalf of the Alleged Debtors are itemized

---

[1] Undefined capitalized terms contained in this declaration have the meaning ascribed to them in the Fee Motion.

on my firm's invoices, a true and correct copy of which are attached hereto as **Exhibit 1**. The fees of incurred by the Alleged Debtors by Reese Marketos, LLP are attached as Exhibit 1 to the Declaration of Tyler J. Bexley filed concurrently herewith.

5. Miriam Manning and I are the two lawyers from my firm that worked on this matter. My hourly rate for this matter was $925 and Ms. Manning's was $725. I have over 37 years of experience and Ms. Manning has over 23 years. Leslie Forrester, the Director of Legal Research at PSZJ, performed legal research at the rate of $395 per hour.

6. As reflected in the invoices, the Alleged Debtors seek to recover attorneys' fees totaling $99,899.50 and $756.40 in costs incurred in connection with the work of PSZJ on this matter.

7. Given the complexity of the case and the substantial work required, it is my opinion that the hours spent and fees charged by my firm were reasonable and necessary. My opinion is further supported by the results obtained, which included the complete relief requested of dismissal of the involuntary petitions and remand to the State Court for a jury trial.

8. In addition, I exercised billing judgment in considering the reasonableness of the fees that are being submitted for recovery from GENBAND. Although I believe that all of the fees my firm charged were reasonable and necessary, I have eliminated all time by Debra Grassgreen and all costs other than copying charges and filing fees.

9. PSZJ customarily charges $0.20 per page for photocopying expenses, $0.10 per page for print jobs, and $0.10 per page for scan copies. PSZJ's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier. PSZJ summarizes each client's photocopying and printing charges on a daily basis. Whenever feasible, PSZJ sends large copying projects to an outside copy service that charges a reduced rate for photocopying. Pursuant to the guidelines promulgated by the Office of the United States Trustee, PSZJ has agreed not to charge for outgoing faxes. Fax receipts are charged at $0.20 per page, the same costs as PSZJ charges for photocopies.

10.     In addition to the fees that my firm has already charged, the Alleged Debtors also seek to recover the fees incurred in the preparation of the Alleged Debtors' Application for Costs and Attorneys' Fees. This currently amounts to approximately $5,000. The Alleged Debtors will submit a supplemental amount at the time the hearing on their Application.

11.     The compensation and expenses sought herein were billed at rates no less favorable than those customarily billed by PSZJ and generally accepted by its clients.

I declare under the penalty of perjury that the statements included in this Declaration are true and correct.

Executed on this 26th day of February 2019.

*Kenneth Brown*

Kenneth H. Brown

# EXHIBIT 1

# Pachulski Stang Ziehl & Jones LLP
150 California St.
Floor 15th
San Francisco, CA 94111

Murat Amburster  
c/o Tyler J. Bexley  
Reese Marketos LLP  
750 North St. Paul Street, Ste. 600  
Dallas, TX   75201

November 30, 2018  
Invoice   120822  
Client   14885  
Matter   00001

RE:   Involuntary

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   11/30/2018**

| | |
|---|---:|
| FEES | $99,899.50 |
| EXPENSES | $756.40 |
| **TOTAL CURRENT CHARGES** | **$100,655.90** |

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| CA | Case Administration [B110] | 1.80 | $1,345.00 |
| FE | Fee/Employment Application | 0.50 | $462.50 |
| MDI | Motion to Dismiss Involuntary | 110.20 | $90,722.00 |
| RAN | Remand/Abstention | 9.40 | $7,370.00 |
|  |  | **121.90** | **$99,899.50** |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| KHB | Brown, Kenneth H. | Partner | 925.00 | 75.10 | $69,467.50 |
| LAF | Forrester, Leslie A. | Other | 395.00 | 10.60 | $4,187.00 |
| MPK | Manning, Miriam | Counsel | 725.00 | 36.20 | $26,245.00 |
|  |  |  |  | **121.90** | **$99,899.50** |

## Summary of Expenses

| Description | Amount |
|---|---|
| Filing Fee [E112] | $335.00 |
| Reproduction/ Scan Copy | $421.40 |
|  | **$756.40** |

Pachulski Stang Ziehl & Jones LLP  
CoEfficient LLC  
14885     00001

Page:   3  
Invoice 120822  
November 30, 2018

|            |     |     |                                                                                                                                                         | Hours | Rate   | Amount      |
|------------|-----|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|-------------|

### Case Administration [B110]

| 09/19/2018 | MPK | CA  | Review stipulations and emails re same (.1); prepare orders on both stipulations for joint administration (.4); email to opposing counsel re stipulations and forward orders (.1) | 0.60 | 725.00 | $435.00 |
| 10/01/2018 | MPK | CA  | Review proposed stipulation; review PACER and email to K. Brown re same. | 0.20 | 725.00 | $145.00 |
| 10/02/2018 | KHB | CA  | Review and execute stipulation re joint administration and related matters. | 0.20 | 925.00 | $185.00 |
| 11/02/2018 | MPK | CA  | Call with Ken B. re ruling (.1); Draft order and review fee motion (.5) | 0.60 | 725.00 | $435.00 |
| 11/05/2018 | MPK | CA  | Emails regarding proposed order. | 0.10 | 725.00 | $72.50 |
| 11/06/2018 | MPK | CA  | Revise status conference statement and emails re same. | 0.10 | 725.00 | $72.50 |
|            |     |     |                                                                                                                                                         | **1.80** |        | **$1,345.00** |

### Fee/Employment Application

| 11/19/2018 | KHB | FE  | Emails with Tyler Bexley re continuance of fee motion and prepare stipulation re same; emails with J. Hayes re same. | 0.50 | 925.00 | $462.50 |
|            |     |     |                                                                                                                                                         | **0.50** |        | **$462.50** |

### Motion to Dismiss Involuntary Cases

| 08/30/2018 | KHB | MDI | Confer with D. Grassgreen; review petitions and pleadings; emails re conference call with Bexley. | 0.50 | 925.00 | $462.50 |
| 08/31/2018 | KHB | MDI | Telephone calls with D. Grassgreen and Tyler Bexley re involuntary filing and options for response. | 0.50 | 925.00 | $462.50 |
| 09/04/2018 | KHB | MDI | Telephone calls with Jennifer Hayes re involuntary petitions; joint administration; service; response dates; remand and transfer of venue; emails re same. | 0.70 | 925.00 | $647.50 |
| 09/04/2018 | LAF | MDI | Legal research re: dismissal/abstention or answer to involuntary petition. | 0.80 | 395.00 | $316.00 |
| 09/04/2018 | KHB | MDI | Analyze authority re motion to dismiss or abstain involuntary petitions. | 2.00 | 925.00 | $1,850.00 |
| 09/05/2018 | LAF | MDI | Legal research re: dismissal/abstention or answer to involuntary petition. | 0.50 | 395.00 | $197.50 |
| 09/06/2018 | KHB | MDI | Work on stipulation for joint admin and time to respond and consent to service. | 0.70 | 925.00 | $647.50 |
| 09/06/2018 | KHB | MDI | Work on motion to dismiss or for abstention and analyze authorities re same. | 3.30 | 925.00 | $3,052.50 |
| 09/07/2018 | KHB | MDI | Work on motion to dismiss or for abstention and analyze authorities re same. | 6.30 | 925.00 | $5,827.50 |
| 09/07/2018 | KHB | MDI | Telephone calls with Tyler Bexley re motion to dismiss for abstention. | 0.20 | 925.00 | $185.00 |
| 09/07/2018 | KHB | MDI | Emails to Tyler Bexley re determining number of creditors. | 0.20 | 925.00 | $185.00 |
| 09/08/2018 | KHB | MDI | Work on motion to dismiss or for abstention. | 4.80 | 925.00 | $4,440.00 |

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/10/2018 | KHB | MDI | Work on motion to dismiss or for abstention. | 6.50 | 925.00 | $6,012.50 |
| 09/11/2018 | KHB | MDI | Work on motion to dismiss or for abstention; declarations notice and brief. | 5.70 | 925.00 | $5,272.50 |
| 09/11/2018 | KHB | MDI | Work on moving papers re motion to dismiss for abstention. | 4.30 | 925.00 | $3,977.50 |
| 09/11/2018 | LAF | MDI | Legal research re: need for creditor list. | 0.50 | 395.00 | $197.50 |
| 09/12/2018 | KHB | MDI | Work on motion to dismiss or for abstention and email to Tyler Bexley re same. | 0.50 | 925.00 | $462.50 |
| 09/12/2018 | KHB | MDI | Work on moving papers re motion to dismiss for abstention. | 0.30 | 925.00 | $277.50 |
| 09/12/2018 | KHB | MDI | Work on motion to dismiss or for abstention and email draft to Tyler Bexley. | 0.50 | 925.00 | $462.50 |
| 09/12/2018 | LAF | MDI | Citecheck & edit motion to dismiss or for abstention. | 5.00 | 395.00 | $1,975.00 |
| 09/13/2018 | KHB | MDI | Work on motion to dismiss or for abstention and emails with M. Manning re same and re creditors list. | 0.70 | 925.00 | $647.50 |
| 09/13/2018 | LAF | MDI | Legal research re: Sample lists of creditors attached to involuntary petition. | 0.50 | 395.00 | $197.50 |
| 09/14/2018 | KHB | MDI | Emails with M. Manning re motion to dismiss for abstention. | 0.30 | 925.00 | $277.50 |
| 09/14/2018 | LAF | MDI | Legal research re: is Nonrecourse debt is still claim against debtor. | 0.50 | 395.00 | $197.50 |
| 09/14/2018 | MPK | MDI | Review pleadings; research bad faith issues, summary judgment; email to K. Brown re same. | 2.80 | 725.00 | $2,030.00 |
| 09/17/2018 | KHB | MDI | Review authorities re determining number of qualified creditors and emails re same. | 0.60 | 925.00 | $555.00 |
| 09/17/2018 | KHB | MDI | Prepare email on "to do" items to Tyler Bexley for motion to dismiss or for abstention. | 0.80 | 925.00 | $740.00 |
| 09/17/2018 | MPK | MDI | Research contingent and related matters (2.8); call with K. Brown re same (.2); draft proposed email to counsel (.5) | 3.50 | 725.00 | $2,537.50 |
| 09/18/2018 | KHB | MDI | Emails with D. Grassgreen & M. Manning re motion to dismiss or for abstention. | 0.90 | 925.00 | $832.50 |
| 09/18/2018 | MPK | MDI | Review state court counsel's revisions to declaration and motion to dismiss or for abstention; make further revisions to both documents; email to K. Brown re same. | 3.90 | 725.00 | $2,827.50 |
| 09/19/2018 | KHB | MDI | Work on motion to dismiss or for abstention and supporting evidence. | 1.80 | 925.00 | $1,665.00 |
| 09/19/2018 | MPK | MDI | Further revise Bexley declaration. | 0.90 | 725.00 | $652.50 |
| 09/20/2018 | KHB | MDI | Call with Tyler Bexley and M. Manning re motion to dismiss or for abstention. | 0.50 | 925.00 | $462.50 |
| 09/20/2018 | KHB | MDI | Work on motion to dismiss or for abstention and declarations; confer with M. Manning re same. | 1.30 | 925.00 | $1,202.50 |

|            |     |     |                                                                                                                                                                                                                                                            | Hours | Rate   | Amount     |
|------------|-----|-----|----|----|----|----|
| 09/20/2018 | MPK | MDI | Review revised creditor list and emails re same (.8); research 303 re numerosity issues (.6); call with T. Bexley and K. Brown regarding case, claims (.5); research waiver issues (.3); calls with K. Brown re RJN, revised declarations (.2) | 2.40 | 725.00 | $1,740.00 |
| 09/21/2018 | KHB | MDI | Work on motions to dismiss. | 1.40 | 925.00 | $1,295.00 |
| 09/21/2018 | MPK | MDI | Research waiver of numerosity challenge and email to K. Brown re same (1.4); review edits to motion and further revise same (.5); review revisions to Bexley declaration and further revise same (.3); review Murat declaration and revise same (.6) | 2.80 | 725.00 | $2,030.00 |
| 09/23/2018 | MPK | MDI | Review state court complaint, research contingency claim issues and email to K. Brown regarding inclusion of potential additional defense (1.2); revise motion (.6) | 1.80 | 725.00 | $1,305.00 |
| 09/24/2018 | KHB | MDI | Work on motion to dismiss or for abstention and confer with M. Manning re same. | 1.50 | 925.00 | $1,387.50 |
| 09/24/2018 | KHB | MDI | Telephone calls with court re timing of filing motions to dismiss or for abstention. | 0.20 | 925.00 | $185.00 |
| 09/24/2018 | MPK | MDI | Revise Motion, declaration of Bexley, draft RJN, and Notice (4.2); calls with K. Brown and T. Bexley re motion (.2); call with Court re filing motion (.1) | 4.50 | 725.00 | $3,262.50 |
| 09/25/2018 | KHB | MDI | Work on motion to dismiss or for abstention. | 0.60 | 925.00 | $555.00 |
| 09/25/2018 | MPK | MDI | Revise request for judicial notice and review all documents attached thereto; revise motion, Bexley Declaration (2.1); call with T. Bexley re declaration (.1); emails with K. Brown re same (.3); review docket re service list (.1) | 2.60 | 725.00 | $1,885.00 |
| 09/26/2018 | KHB | MDI | Attend status conference and meet with counsel for Genband re same. | 2.30 | 925.00 | $2,127.50 |
| 09/26/2018 | KHB | MDI | Review POC's by Genband. | 0.20 | 925.00 | $185.00 |
| 09/26/2018 | KHB | MDI | Telephone calls with court re scheduling of hearing on motion to dismiss or for abstention; telephone calls with Tyler Bexley re same. | 0.10 | 925.00 | $92.50 |
| 09/26/2018 | KHB | MDI | Emails with GenBand counsel re use of record in state court for motion to dismiss or for abstention. | 0.20 | 925.00 | $185.00 |
| 09/26/2018 | MPK | MDI | Call with K. Brown regarding status conference and related issues. | 0.10 | 725.00 | $72.50 |
| 09/27/2018 | KHB | MDI | Review emails and court entries re hearing times. | 0.20 | 925.00 | $185.00 |
| 09/27/2018 | MPK | MDI | Call Court clerk regarding hearing date options and email to K. Brown re same (.1); second call with judge's clerk regarding calendaring issues; emails to Ken B and co-counsel re same (.2) | 0.30 | 725.00 | $217.50 |
| 10/11/2018 | KHB | MDI | Review Genband opposition to motion to dismiss for abstention. | 1.50 | 925.00 | $1,387.50 |

Pachulski Stang Ziehl & Jones LLP  
CoEfficient LLC  
14885    00001  

Page: 6  
Invoice 120822  
November 30, 2018

|            |     |     |                                                                                                                                   | Hours  | Rate   | Amount     |
|------------|-----|-----|-----------------------------------------------------------------------------------------------------------------------------------|--------|--------|------------|
| 10/11/2018 | KHB | MDI | Emails with J. Hayes re Genband opposition to motion to dismiss or for abstention.                                                | 0.20   | 925.00 | $185.00    |
| 10/11/2018 | KHB | MDI | Emails with Tyler Bexley re Genband opposition to motion to dismiss or for abstention.                                            | 0.20   | 925.00 | $185.00    |
| 10/11/2018 | KHB | MDI | Emails with Tyler Bexley re reply brief.                                                                                          | 0.10   | 925.00 | $92.50     |
| 10/15/2018 | KHB | MDI | Work on reply brief and telephone calls with Tyler Bexley re same.                                                                | 1.50   | 925.00 | $1,387.50  |
| 10/15/2018 | MPK | MDI | Review opposition to motion to dismiss or for abstention; review case law, counterclaims and draft reply. (No Charge)             | 4.80   | 725.00 | $3,480.00  |
| 10/17/2018 | KHB | MDI | Work on reply brief.                                                                                                              | 1.50   | 925.00 | $1,387.50  |
| 10/17/2018 | MPK | MDI | Review reply, declaration and exhibits; edit same and prepare for filing and service (1.7); review edits from K. Brown and emails re same (.2) | 1.90   | 725.00 | $1,377.50  |
| 10/20/2018 | MPK | MDI | Draft motion to seal, order and review local rules; email to T. Bexley.                                                           | 0.30   | 725.00 | $217.50    |
| 10/22/2018 | MPK | MDI | Review and revise motion to file documents under seal; emails with K. Brown , T. Brown and J. Hayes; (1.2); call with court clerk regarding the same (.1). | 1.30   | 725.00 | $942.50    |
| 10/22/2018 | KHB | MDI | Emails re Motion to Seal with T. Bexley and M. Manning.                                                                           | 0.30   | 925.00 | $277.50    |
| 10/22/2018 | KHB | MDI | Emails with Jennifer Hayes re motions to seal.                                                                                    | 0.20   | 925.00 | $185.00    |
| 10/23/2018 | LAF | MDI | Legal research re: involuntaries & bona fide disputes.                                                                            | 0.30   | 395.00 | $118.50    |
| 10/23/2018 | KHB | MDI | Prepare for hearing on dismissal / abstention and analyze briefs, evidence and authorities re same.                               | 5.60   | 925.00 | $5,180.00  |
| 10/23/2018 | MPK | MDI | Review email from clerk regarding seal order and call to clerk re same (.3); review local rules and revise order (.3)             | 0.60   | 725.00 | $435.00    |
| 10/24/2018 | KHB | MDI | Travel to Court and attend hearing on motion to dismiss or abstention.                                                            | 3.50   | 925.00 | $3,237.50  |
| 10/24/2018 | MPK | MDI | Review order approving motion to seal and emails re same.                                                                         | 0.10   | 725.00 | $72.50     |
| 10/25/2018 | KHB | MDI | Email to T. Bexley re no right of appeal for abstention.                                                                          | 0.20   | 925.00 | $185.00    |
| 11/02/2018 | KHB | MDI | Telephonic hearing on Ruling Motion on motion to dismiss or for abstention and confer with Tyler Bexley re next steps.            | 1.20   | 925.00 | $1,110.00  |
| 11/02/2018 | KHB | MDI | Prepare order.                                                                                                                    | 0.40   | 925.00 | $370.00    |
| 11/05/2018 | KHB | MDI | Email from S. Hayes and modify proposed order.                                                                                    | 0.20   | 925.00 | $185.00    |
| 11/06/2018 | KHB | MDI | Work on status report.                                                                                                            | 0.20   | 925.00 | $185.00    |
| 11/14/2018 | KHB | MDI | Emails with J. Hayes re obtaining transcript of ruling.                                                                           | 0.10   | 925.00 | $92.50     |
|            |     |     |                                                                                                                                   | **110.20** |      | **$90,722.00** |

Pachulski Stang Ziehl & Jones LLP  
CoEfficient LLC  
14885    00001

Page: 7  
Invoice 120822  
November 30, 2018

|  |  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|

### Remand/Abstention

| Date | | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 09/04/2018 | KHB | RAN | | Telephone calls with Tyler Bexley re remand motion, abstention. | 0.30 | 925.00 | $277.50 |
| 09/04/2018 | LAF | RAN | | Legal research re: abstention, removal & remand. | 2.50 | 395.00 | $987.50 |
| 09/04/2018 | LAF | RAN | | Legal research remand and abstention. | 1.80 | 925.00 | $1,665.00 |
| 09/05/2018 | KHB | RAN | | Revise motion for remand / abstention and emails and confer with Tyler Bexley re same; revise Rule 9027 statement. | 4.20 | 925.00 | $3,885.00 |
| 09/25/2018 | KHB | RAN | | Review motion to transfer, emails with T. Bexley re same. | 0.50 | 925.00 | $462.50 |
| 09/27/2018 | KHB | RAN | | Email from T. Bexley re continuance of motion for remand / transfer. | 0.10 | 925.00 | $92.50 |
| | | | | | **9.40** | | **$7,370.00** |

**TOTAL SERVICES FOR THIS MATTER:**      **$99,899.50**

**Expenses**

| Date | | Description | Amount |
|---|---|---|---|
| 09/06/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/11/2018 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 09/12/2018 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 09/12/2018 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 09/14/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 09/14/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 09/24/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/24/2018 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 09/24/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 09/24/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 09/24/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 09/25/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/25/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 09/25/2018 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 09/25/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/25/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/25/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 09/25/2018 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 09/25/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/25/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 09/25/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 09/25/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/25/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/25/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/25/2018 | RE2 | SCAN/COPY ( 250 @0.10 PER PG) | 25.00 |
| 09/25/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

| Date | | Description | Amount |
|---|---|---|---|
| 09/25/2018 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 09/25/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/25/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 09/25/2018 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 09/25/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/25/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/25/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/25/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 09/25/2018 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 09/25/2018 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 09/25/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 09/25/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 09/25/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/25/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/25/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 09/25/2018 | RE2 | SCAN/COPY ( 86 @0.10 PER PG) | 8.60 |
| 09/25/2018 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 09/25/2018 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 09/25/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 09/25/2018 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 09/25/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 09/25/2018 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 09/25/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/25/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/25/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/25/2018 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 09/25/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 09/25/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/25/2018 | RE2 | SCAN/COPY ( 250 @0.10 PER PG) | 25.00 |
| 09/25/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/25/2018 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 09/25/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 09/25/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/25/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 09/25/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 09/25/2018 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 09/25/2018 | RE2 | SCAN/COPY ( 86 @0.10 PER PG) | 8.60 |
| 09/25/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 09/25/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 09/25/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 09/25/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/25/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 09/25/2018 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 09/25/2018 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 09/25/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 09/25/2018 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 09/25/2018 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 09/25/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/25/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 09/25/2018 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 09/25/2018 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 09/25/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/25/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/25/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |

Pachulski Stang Ziehl & Jones LLP  
CoEfficient LLC  
14885     00001

Page:    11  
Invoice 120822  
November 30, 2018

| Date | Code | Description | Amount |
|---|---|---|---|
| 09/25/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 09/25/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/25/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/25/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 09/25/2018 | RE2 | SCAN/COPY ( 250 @0.10 PER PG) | 25.00 |
| 09/25/2018 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 09/25/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 09/25/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/25/2018 | RE2 | SCAN/COPY ( 250 @0.10 PER PG) | 25.00 |
| 09/25/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/25/2018 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 09/25/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 09/25/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/25/2018 | RE2 | SCAN/COPY ( 250 @0.10 PER PG) | 25.00 |
| 09/25/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/25/2018 | RE2 | SCAN/COPY ( 250 @0.10 PER PG) | 25.00 |
| 09/25/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 09/25/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/25/2018 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 09/25/2018 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 09/25/2018 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/11/2018 | FF | Filing Fee [E112] Tyler Bexley Pro Hac Vice filing fee. KHB | 310.00 |
| 10/15/2018 | RE2 | SCAN/COPY ( 405 @0.10 PER PG) | 40.50 |
| 10/15/2018 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 10/15/2018 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 10/15/2018 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 10/15/2018 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 10/15/2018 | RE2 | SCAN/COPY ( 253 @0.10 PER PG) | 25.30 |
| 10/15/2018 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 10/15/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/17/2018 | RE2 | SCAN/COPY ( 226 @0.10 PER PG) | 22.60 |
| 10/17/2018 | RE2 | SCAN/COPY ( 113 @0.10 PER PG) | 11.30 |
| 10/17/2018 | RE2 | SCAN/COPY ( 113 @0.10 PER PG) | 11.30 |
| 10/17/2018 | RE2 | SCAN/COPY ( 226 @0.10 PER PG) | 22.60 |
| 10/22/2018 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/22/2018 | RE2 | SCAN/COPY ( 108 @0.10 PER PG) | 10.80 |
| 10/22/2018 | RE2 | SCAN/COPY ( 113 @0.10 PER PG) | 11.30 |
| 10/22/2018 | RE2 | SCAN/COPY ( 54 @0.10 PER PG) | 5.40 |
| 10/25/2018 | FF | Filing Fee [E112] Courts USBC, H. Phan | 25.00 |
| 11/07/2018 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |

**Total Expenses for this Matter**  **$756.40**

Pachulski Stang Ziehl & Jones LLP  Page: 13
CoEfficient LLC  Invoice 120822
14885    00001  November 30, 2018

# REMITTANCE ADVICE

**Please include this Remittance Advice with your payment**

For current services rendered through 11/30/2018

| | |
|---|---|
| Total Fees | $99,899.50 |
| Chargeable costs and disbursements | $756.40 |
| Total Due on Current Invoice...................... | $100,655.90 |

Outstanding Balance from prior Invoices as of 11/30/2018     **(May not reflect recent payments)**

| Invoice Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|

**Total Amount Due on Current and Prior Invoices**          $**25,655.90**