**Entered on Docket
May 10, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



```
The following constitutes the order of the Court.
Signed: May 10, 2019
```
_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

Kenneth H. Brown (CA Bar No. 100396)
Miriam Manning (CA BAR NO. 178584)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: kbrown@pszjlaw.com
        mmanning@pszjlaw.com

Tyler J. Bexley - *Admitted Pro Hac Vice*
REESE MARKETOS LLP
750 N. Saint Paul St., Suite 600
Dallas, TX 75201
Telephone: 214/382-9810
E-mail: tyler.bexley@rm-firm.com

Attorneys for CoEfficient, LLC, and
TelEfficient, LLC; aka TeleSwitch Finance, LLC
Alleged Debtors

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re: **COEFFICIENT, LLC,** Alleged Debtor. | Case No.: 4:18-bk-41932 Chapter 7 |
| In re: **TELEFFICIENT, LLC; aka TELESWITCH FINANCE, LLC,** Alleged Debtor. | Case No. 4:18-bk-41933 Chapter 7 **ORDER PARTIALLY GRANTING ALLEGED DEBTORS' MOTION FOR FEES AND COSTS PURSUANT TO BANKRUPTCY CODE SECTION 303(i)** [NO HEARING DATE SET] |

On March 27, 2019, the Court held a hearing on the *Alleged Debtors' Motion to for Fees and Costs Pursuant to Bankruptcy Code section 303(i)*[1] ("Motion"*)* filed by CoEfficient, LLC and TelEfficient, LLC (the "Alleged Debtors"). The Court has considered, the briefs and declarations

---
[1] Terms not defined herein shall have the meaning ascribed to them in the Motion.

filed in support and in opposition to the on Motion, the arguments presented by counsel for the parties at the hearing , and the Court finding good cause and for the reasons set forth on the record on May 8, 2019 grants the Motion, in part, as follows:

**IT IS HEREBY ORDERED THAT**

1. Genband Management Services Corporation ("GENBAND") shall pay $133,297.75 to the Alleged Debtors within 30 days of the entry of this order. This amount is attributable as follows:

   a. $45,177 representing 50% of the total fees incurred by the Alleged Debtors in seeking dismissal of the involuntary petitions under Bankruptcy Code section 303;

   b. $54,429 representing all of the fees incurred by the Alleged Debtors in seeking dismissal of the involuntary petition under Bankruptcy Code section 305;

   c. $32,887.50 representing a portion of the fees sought by the Alleged Debtors in connection with the Motion; and

   d. $804.25 attributable to the Alleged Debtors' costs.

   e. The Court reserves jurisdiction to enforce and interpret the terms of this Order, including, to award additional attorneys' fees and costs in the event Genband appeals this order.

Approved as to form:

Dated: May 10, 2019        FINESTONE HAYES LLP

                           By: */s/ Jennifer C. Hayes*
                               Jennifer C. Hayes

                           Attorneys for Genband Management
                           Services Corporation

*** * * END OF ORDER * * ***

**COURT SERVICE LIST**